FILED
JAMES J. VILT, JR. - CLERK

DEC - 4 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

ORM 123 EDKY (Revised 8/96)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
PURSUANT TO THE CIVIL RIGHTS ACT, 42 U.S.C. §1983
OR
PURSUANT TO BIVENS V. SIX UNKNOWN FEDERAL NARCOTICS AGENTS, 403 U.S. 388

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

_____ Division of Court

Brett Simpson
(Enter above the full name of the plaintiff in this action)

(Social Security #) 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

VS:

CASE NO. 3:23CV-635-JHM
(To be completed by Court)

(Deft. #1) Cookie Crews

(Deft. #2) _____

(Deft. #3) _____
(Enter above the full name of the defendant(s) in this action)

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in State or Federal Court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
      Yes ( )       No (✓)

   B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Plaintiffs _____

      2. Defendants _____

      3. Court (If federal court, name the district; if state court, name the county): _____

31

4. Docket number _____ Date filed: _____

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____
_____

6. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Little Sandy Correctional Complex

A. IF YOU ARE A STATE/CITY/COUNTY PRISONER YOU MUST ANSWER:

1. Is there a grievance procedure in the institution where the facts happened?
Yes (✓)   No ( )

2. Did you present the facts relating to your complaint in an administrative remedy procedure?   Yes (✓)   No ( )

3. If your answer to 2 is YES, state what you did and what the result was:
I filed a grievance and was told that no institution offer both

4. If your answer to 2 is NO, explain why not: _____
_____

B. IF YOU ARE A FEDERAL PRISONER YOU MUST ANSWER:

1. Did you present the facts to the prison authorities according to administrative procedures?   Yes ( )   No ( )

2.a. If your answer to 1 is YES, state the level(s) of the administrative remedy procedure to which you presented the claim(s): (check)
____ to Warden
____ appeal of Warden's response to Regional Director
____ appeal of Regional Director's response to Office of General Counsel

2.b. What was the result? _____
_____

3. If your answer to 1 is NO, explain why not. _____
_____

37

III. PARTIES

A. Name of PLAINTIFF (your name) Brett Simpson #271783
   Address 505 Prison Connector
   Sandy Hook, Ky 41171

B. Name of DEFENDANT #1: Cookie Crews
   Is employed as: Commissioner
   At: Commonwealth of Kentucky

Additional defendants: (If more than 3 defendants, you may use the back of this sheet or attach additional sheets)

Name of DEFENDANT #2: _____
   Is employed as: _____
   At: _____

Name of DEFENDANT #3: _____
   Is employed as: _____
   At: _____

IV. STATEMENT OF CLAIM

A. Which of your constitutional rights or federal law rights or what administrative regulation that applies to you has been violated?
   ~~the 8th amendment~~
   Freedom of religion

B. State here the facts of your case. Describe how each defendant is involved. Include the names of other persons involved, dates and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet(s) if necessary.

On 11/06/23 I wrote UA Conley about institutions that offered Substance Abuse Program and Kosher diet she stated No institution offers that I am recommended (SAP)

33

By the Department of Corrections Parole Board But I also want to practice my religion Diet. On 11/10/23 I wrote the Commissioner and Department of Public Advocacy Asking whats steps I should take on 11/20/23 I recieved a grievance form and a 1983 form

V. RELIEF - State briefly exactly what you want the court to do for you.

Award money in the amount of $400,000.00 and open a facility that offers both

I declare under penalty of perjury that the foregoing is true and correct.

11/20/23
Date Signed

Signature of Plaintiff

34

Statement of Claim #1

I should be able to practice my religion diet according to Policy Number 23.1 by Kentucky Department of Corrections I applied for Kosher Diet ~~~~ on 11/9/23 and still have not heard nothing back. I feel that I shouldn't have to be able to choose my freedom due to the conditions of my release was to complete (SAP) by my next Parole date which is May of 2024. I'm taking my faith serious and now I have to make a decision my freedom or my Diet.

Statement of Claim #2

I have been writing the Chaplain here and still have not spoke to him or recieved anything from him due to religion material.



FILED
JAMES J. VILT, JR. - CLERK
DEC - 4 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

FORM 118-EDKY 6/96

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY

### FORM REGARDING EXHAUSTION OF ADMINISTRATIVE REMEDIES

NAME: Brett Simpson     ACTION NO. _____

PLACE YOU WERE CONFINED WHEN COMPLAINED OF ACTIONS HAPPENED: Little Sandy Correctional Complex

1. Is there a prisoner grievance procedure in the institution where this happened?
   Yes (✓)    No ( )

2. Did you present the facts relating to your complaint in the prisoner grievance procedure?
   Yes (✓)    No (✓)

3. If your answer is YES,
   A. Who did you tell? Grievance Officer
   B. What was the result? was told that no institution offers both

4. If your answer is NO, explain why not. [scribbled out]

5. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
   Yes (✓)    No ( )

6. If your answer is YES,
   A. Who did you tell? UA Conley
   B. What was the result? She stated No institution provides both

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/20/23    [signature] Brett Simpson
           Date          Signature of Plaintiff/Petitioner

Brett Simpson #271783
Little Sandy Correctional Complex
505 Prison Connector Rd.
Sandy Hook, KY 41171

THIS MAIL HAS BEEN OPENED
AND INSPECTED/READ BY
LSCC STAFF



FILED
JAMES J. VILT, JR. - CLERK
DEC - 4 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

United States District Court
601 W. Broadway, Rm 106
Gene Snyder United States Courthouse
Louisville, KY 40202